UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRINITY HEALTH-MICHIGAN, ) | |
| ) | No. 1:07cv02020 (PLF) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary United States ) | |
| Department of Homeland Security, <u>et al.</u> ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendants in the above-captioned case.

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2007, I caused the foregoing Notice of Appearance to be served upon plaintiff *via* the Court's ECF system or, should I receive notice from the Court that service by ECF failed, by first class mail, postage prepaid, addressed to:

Thomas K. Ragland
Maggio & Kattar
11 Dupont Circle, NW Suite 775

                                            /s/ Robin M. Meriweather
                                  Robin M. Meriweather, DC Bar # 490114