UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRINITY HEALTH-MICHIGAN d/b/a<br>MERCY HOSPITAL-GRAYLING,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary<br>U.S. Department of Homeland Security, *et al.*<br><br>      Defendants. | Civ. No. 1:07-cv-02020 |

## JOINT PROPOSED BRIEFING AND HEARING SCHEDULE

The Plaintiff, Trinity Health-Michigan d/b/a Mercy Hospital-Grayling, and the Defendants, Michael Chertoff, Secretary, U.S. Department of Homeland Security, *et al.*, through their respective undersigned counsel, propose the following preliminary briefing and hearing schedule for the above-captioned case.

The Plaintiff's mandamus complaint and motion for preliminary injunction were filed with the Court on November 7, 2007, and the Defendants were properly served on November 9, 2007.

The Defendants' response will be filed with the Court by **November 27, 2007**.

The Plaintiff's reply thereto, if any, will be filed with the Court by **December 6, 2007**.

The parties will appear for a hearing on the Motion for Preliminary Injunction on **December 13, 2007**, or upon such alternative date that the Court deems appropriate.

Respectfully submitted this 15th day of November 2007.

_____  _____

| | |
|---|---|
| Thomas K. Ragland | Robin M. Meriweather |
| MAGGIO & KATTAR | Assistant United States Attorney |
| 11 Dupont Circle, N.W. Suite 775 | 555 Fourth Street, N.W. |
| Washington, DC  20036 | Washington, DC  20530 |
| Phone: (202)483-0053 | Phone: (202)514-7198 |
| Fax: (202)483-6801 | Fax: (202)514-8780 |
| tragland@maggio-kattar.com | Robin.Meriweather2@usdoj.gov |
| DC Bar Number: 501021 | DC Bar Number: 490114 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC  20036
Phone: 202-483-0053  Fax: 202-483-6801

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRINITY HEALTH-MICHIGAN d/b/a <br> MERCY HOSPITAL-GRAYLING <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary <br> U.S. Department of Homeland Security, *et al.* <br><br> Defendants. | Civ. No. 1:07-cv-02020 |

## **ORDER**

Upon consideration of the Joint Proposed Briefing and Hearing Schedule, it is hereby ORDERED that said motion is GRANTED.

DONE and ORDERED this _____ day of November, 2007.

_____
U.S. District Court Judge Paul L. Friedman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRINITY HEALTH-MICHIGAN d/b/a ) <br> MERCY HOSPITAL-GRAYLING ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary ) <br> U.S. Department of Homeland Security, *et al.* ) <br> ) <br> Defendants. ) | Civ. No. 1:07-cv-02020 |

**CERTIFICATE OF SERVICE**

I, Thomas K. Ragland, hereby certify that on this the 15th of November, 2007, I caused to be served a true and correct copy of the foregoing Joint Proposed Briefing and Hearing Schedule and Proposed Order by electronically filing via Electronic Case Filing System and thereby serving upon:

> Robin M. Meriweather
> Assistant U.S. Attorney
> 555 Fourth Street, N.W.
> Washington, DC 20530

_____/s/_____
Thomas K. Ragland